IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ASPEN SPECIALTY INSURANCE    )
COMPANY, a foreign           )
insurance company,           )
                             )
    Plaintiff,               )
                             )         CIVIL ACTION NO.
    v.                       )          2:13cv919-MHT
                             )              (WO)
MERION REALTY MANAGEMENT,    )
LLC, a foreign limited       )
liability company, et al.,   )
                             )
    Defendants.              )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss (doc. No. 9) is granted.

(2) Defendants Arlington Management Company, Inc. and Arlington Management, LLC and the claims against them are dismissed without prejudice, with the parties to bear their own costs.  Defendants Arlington Management Company, Inc. and Arlington Management, LLC are terminated as parties.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 13th day of January, 2014.**

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**