IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ASPEN SPECIALTY INSURANCE   )
COMPANY, a foreign          )
insurance company,          )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         2:13cv919-MHT
                            )              (WO)
MERION REALTY MANAGEMENT,   )
LLC, a foreign limited      )
liability company, et al.,  )
                            )
    Defendants.             )

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (Doc. No. 43) is granted, and that defendants Bayview Loan Servicing, LLC and Bayview Asset Management, LLC, and the claims against them are dismissed without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 14th day of March, 2014.**

　　　　　　　　　　　　　　　<u>　/s/ Myron H. Thompson　</u>
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**