IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ASPEN SPECIALTY INSURANCE   )
COMPANY,                    )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )        2:13cv919-MHT
                            )            (WO)
MERION REALTY MANAGEMENT,   )
LLC, et al.,                )
                            )
    Defendants.             )
```

## JUDGMENT

Based on the representations made on the record on January 14, 2015, it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed in its entirety without prejudice as to the claims against defendants Dawn-BV, LLC, Kevin Jonas, and Mario Labritt, with said defendants terminated as parties, with the parties to bear their own costs, and with leave to the parties, within 49 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 49 days, a motion to have

the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 15th day of January, 2015.

                         ___/s/ Myron H. Thompson_____
                         **UNITED STATES DISTRICT JUDGE**